UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN F. WALKER,<br><br>        Plaintiff,<br><br>   v.<br><br>E. SOTO, et al.,<br><br>        Defendants. | Case No. 15-cv-03637-JSC<br><br>**ORDER DENYING IN PART AND GRANTING IN PART EXTENSION OF TIME**<br><br>Re: Dkt. No. 38 |

Plaintiff, a California prisoner proceeding pro se, has filed a motion for a 90-day extension of time in which to file a second amended complaint. He states that he needs the additional time to conduct discovery, oppose Defendants' motion for summary judgment, and to amend the complaint a second time. The Court has not granted Plaintiff permission to file a second amended complaint and thus there is no deadline for doing so. Nor has Plaintiff indicated how he wishes to amend the first amended complaint. If Plaintiff wishes to file a second amended complaint, he must file a motion for leave to do so with the proposed second amended complaint attached to the motion as an exhibit. The motion for an extension of time to file a second amended complaint is therefore DENIED.

Good cause appearing, however, Plaintiff is GRANTED an extension of time, to and including **June 13, 2016**, in which to file an opposition to the motion for summary judgment. Defendants shall file a reply brief within **14 days** of the date the opposition is filed.

**IT IS SO ORDERED.**

Dated: April 22, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN F. WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>E. SOTO, et al.,<br><br>    Defendants. | Case No. 15-cv-03637-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alvin F. Walker ID: AX 8397
1411 Starr Court
Fairfield, CA 94533

Dated: April 22, 2016

                        Susan Y. Soong
                        Clerk, United States District Court

                        By:_____
                        Ada Means, Deputy Clerk to the
                        Honorable JACQUELINE SCOTT CORLEY